# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JEROME ADAMS

**FILED**
APR - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE COX

CRIMINAL COMPLAINT

CASE NUMBER: **08 CR 288**

I, Sean J. Burke, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __April 8, 2008,__ in __Cook County__, in the __Northern District of Illinois, Eastern Division__, defendant did,

> by force and violence, and by intimidation, take from the person and presence of a bank employee approximately $3,749 in United States currency belonging to and in the care, custody, control, management, and possession of the Citibank branch located at 8650 South Stony Island Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title 18, United States Code, Section 2113(a).

I further state that I am __a Special Agent with the FBI Violent Crimes Task Force__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:   __X__ Yes    ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 9, 2008       2:30 p       at       Chicago, Illinois
Date                                          City and State

Susan E. Cox, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )
COUNTY OF COOK           )

I, Sean J. Burke, being duly sworn depose and state as follows:

**Introduction**

1.  I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so employed for over six years. I am assigned to the FBI's Chicago Field Office, Violent Crimes Task Force ("VCTF"), and have been on the VCTF for approximately five and one half years. My duties on the VCTF include the investigation of various violent crimes, including bank robberies, in violation of 18 U.S.C. § 2113(a).

2.  I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read related to this investigation, conversations I have had with others who have knowledge of the events and circumstances described herein, and interviews of bank employees, witnesses and sworn officers from the Chicago Police Department (CPD).

3.  The information below is provided for the limited purpose of establishing probable cause that on or about April 8, 2008, JEROME ADAMS, did, by force, violence or intimidation, take from the person and presence of bank employees, approximately $3,749 in United States currency belonging to and in the care, custody, control, management, and possession of the Citibank branch located at 8650 South Stony Island Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), in violation of Title 18, United States Code, Section 2113(a).

4.  Because the information set forth below is for the limited purpose of establishing probable cause in support of a criminal complaint, it does not contain all the facts of which I am

aware related to this investigation.

### April 8, 2008 Robbery of Citibank

5. According to Teller A, who was working at the Citibank branch located at 8650 South Stony Island Avenue, Chicago, Illinois, on April 8, 2008, at approximately 10:14 a.m., a black male entered the bank. Teller A described the man as in his late 30's to early 40's, between 5' 8" and 5' 9", approximately 150 to 160 lbs, with a medium build, and gray-and-black-colored hair in a bald fade style, and wearing a blue denim jacket over a greenish-colored hooded sweatshirt. When Teller A called the next customer forward, the man approached Teller A's counter and slid a demand note to Teller A. Teller A recalled the demand note read something to the effect of, "Give me 100's and 50's." After reading the demand note, Teller A looked at the robber, who then stated words to the effect of, "Give me 100's and 50's. Don't push any alarms, don't cause a scene, just give me 100's and 50's. Don't call the police."

6. Teller A then removed hundred-dollar bills and fifty-dollar bills from her teller drawer and placed the currency on the teller counter. The robber reached over the counter, took the currency, and placed it in a white envelope. The robber then instructed Teller A to give the demand note back to him, and she did so. The robber then departed the bank with the currency and the demand note. A subsequent bank audit determined that the amount of loss resulting from the bank robbery was approximately $3,749.00 in United States currency.

7. According to the Citibank branch manager, on April 8, 2008, at the time of the robbery, the FDIC insured the deposits of the Citibank branch located at 8650 South Stony Island Avenue, Chicago, Illinois.

### Identification of JEROME ADAMS

8. Two Chicago Police Department patrol officers (hereinafter, "Officer A" and

"Officer B") were in the vicinity of the Citibank branch located at 8650 South Stony Island Avenue, Chicago, Illinois when they overhead a dispatch regarding the bank robbery and providing a description of the robber. Soon thereafter, they observed a black man matching the robber's description walking southbound on the 8900 block of South Harper Avenue in Chicago, which is approximately three blocks southwest of the bank.

9. As Officer A and Officer B stopped their vehicle and approached the man, the man said to Officer A and Officer B, "Shoot me, shoot me." Officer A and Officer B stopped the man, conducted a protective search of him, and located a white envelope in the left jacket pocket of the man. Inside the envelope was a large stack of hundred-dollar bills and fifty-dollar bills which was later counted and determined to total $3,750.

10. The man then was taken into custody. An Illinois drivers license in the name of JEROME ADAMS was found on the man, and he confirmed that he was JEROME ADAMS when asked. Officer A and Officer B informed ADAMS of his *Miranda* rights verbally. ADAMS was then asked what he had done. ADAMS responded, "I know I'm going to jail, I did it, I robbed the bank." Officer A and Officer B then transported ADAMS in their vehicle back to the Citibank branch located at 8650 South Stony Island Avenue, Chicago, Illinois. Once at the bank, ADAMS was taken out of Officer A and Officer B's vehicle and was put in a position from which Teller A could observe ADAMS from inside the bank. Teller A identified ADAMS as the person who had robbed the Citibank shortly beforehand.

11. Later on April 8, 2008, FBI Agents advised ADAMS of his *Miranda* rights. After acknowledging his rights, ADAMS agreed to and did waive his rights, orally and in writing, after which ADAMS submitted to an interview. ADAMS then admitted that he had robbed the Citibank branch located at 8650 South Stony Island Avenue, Chicago, Illinois on the morning of

April 8, 2008.

12. Law enforcement agents reviewed video surveillance footage from the Citibank branch from around the time of the robbery, as well as a photograph printed from the bank's video surveillance system. ADAMS' appearance matches the robber depicted in the video surveillance.

### Conclusion

13. Based on the foregoing facts, Affiant respectfully submits that there is probable cause to believe that on or about April 8, 2008, JEROME ADAMS did, by force, violence or intimidation, take approximately $3,749 in United States Currency belonging to and in the care, custody, control, management, and possession of the Citibank branch located at 8650 South Stony Island Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

Sean J. Burke, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before
me this 9th day of April, 2008

Hon. Susan E. Cox
United States Magistrate Judge