# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judg | |
|---|---|---|---|
| **CASE NUMBER** | 08cr288-1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Jerome Adams | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest 4/8/08. John L. Sullivan of the Federal Defender Program is appointed to represent the Defendant. Defendant informed of his rights. Defendant waives preliminary examination. Enter a finding of probable cause; Order Defendant bound to the District Court for further proceedings. Defendant waives detention hearing.. Defendant to remain in custody as a risk of flight and a danger to the community.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|