# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. JEROME ADAMS

FOR: NORTHERN DISTRICT IL AT Chicago

**FILED APR 09 2008**
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

LOCATION NUMBER: 
District Court: 08 CR 288-1

PERSON REPRESENTED (Show your full name): JEROME ADAMS

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE: 18 USC 2113(a) — ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment: 1988
- How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $630.00 month — SSI

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: with parents — RENT
- Creditors: ___
- Total Debt: $ ___
- Monthly Payt.: $350.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): April 9, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ *Jerome Adams*