FILED
MAY - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 288 **JUDGE KENNELLY** |
| | ) | |
| v. | ) | Violations: Title 18, United States Code |
| | ) | Section 2113(a) |
| JEROME ADAMS | ) | |
| | ) | **MAGISTRATE JUDGE COX** |

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about April 7, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JEROME ADAMS,

defendant herein, by intimidation, took from the person and presence of bank employees approximately $2,850 in United States Currency belonging to and in the care, custody, control, management, and possession of Austin Bank of Chicago, located at 9443 South Ashland Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about April 8, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JEROME ADAMS,

defendant herein, entered Seaway Bank and Trust, located at 645 East 87th Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony, namely, the taking, by intimidation, from the person and presence of bank employees United States Currency belonging to and in the care, custody, control, management, and possession of Seaway Bank,

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about April 8, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JEROME ADAMS,

defendant herein, by intimidation, took from the person and presence of bank employees approximately $3,749 in United States Currency belonging to and in the care, custody, control, management, and possession of Citibank, located at 8650 S. Stony Island Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY