Minute Order Form (rev. 4/99)

08 GJ 438    L.I.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE KENNELLY | Sitting Judge If Other Than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 08 CR 0288 | DATE | MAY 1, 2008 |
| CASE TITLE | US v. JEROME ADAMS | | MAGISTRATE JUDGE COX |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge ___Morton Denlow___

Docket Entry:

**NO BOND SET, DETAINED BY MAGISTRATE.**

FILED
MAY - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE          (ONLY IF FILED
OR MAGISTRATE JUDGE          UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices | DOCKET# |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | | |
| Docketing to mail notices | | | Date mailed notice | |
| Mail AO 450 form. | | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |