## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 288 | **DATE** | 5/8/2008 |
| **CASE TITLE** | USA vs. Jerome Adams | | |

**DOCKET ENTRY TEXT**

Arraignment held. John Sullivan is granted leave to withdraw as counsel for defendant. Robert Clarke is appointed as counsel. Defendant enters a plea of not guilty to all counts of the indictment. 16.1 conference to be held by 5/22/2008. Pre-trial motions due 6/23/2008. Response to motions due by 6/23/2008. Response to motions by 7/23/2008 and reply by 8/6/2008. Status hearing set to 6/9/2008 at 1:30 PM. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|