# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 288 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Jerome Adams | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/2/2008 at 1:30 PM. Rose Lindsay is granted leave to substitute as counsel for Robert Clarke. Pretrial motion schedule is vacated. Ordered time excluded through 7/2/2008, pursuant to 18 U.S.C. 3161(h)(8)(B)(iv), reasonable time necessary for effective preparation. (X-T4)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|