UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



FILED
JUN 10 2008
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA V. ADAMS

Case

08 CR 288

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JEROME ADAMS

| | |
|---|---|
| SIGNATURE  s/ *[signature]* | ROSE LINDSAY |
| FIRM  FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS  55 E MONROE ST, STE 2800 | |
| CITY/STATE/ZIP  CHICAGO IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6280480 | TELEPHONE NUMBER  312.621.8342 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X] | |