# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 288 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Jerome Adams | | |

**DOCKET ENTRY TEXT**

Defendant, Jerome Adams withdraws plea of not guilty and enters a plea of guilty to Counts One, Two and Three of Indictment. Enter finding of guilty. Case referred to the Probation Office for preparation of presentence report. Sentencing set for 10/2/08 at 1:30PM.

Docketing to mail notices.

00:40

FILED
2008 JUL 16 PM 5: 04
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|